# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:21-CR-00112-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ROBIN LUCAS BLACK, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' joint Motion for a preliminary order of forfeiture *Nunc Pro Tunc.* (Doc. No. 35).

The United States requests, pursuant to Fed. R. Crim. P. 32.2(b) and 18 U.S.C. § 2253, that this Court enter, *nunc pro tunc*, a Preliminary Order of Forfeiture for the HP Pavilion Desktop seized in this case. For good cause shown and based on the preponderance of the evidence, this Court hereby **GRANTS** the Motion. In support of granting the Motion, the Court **FINDS AS FOLLOWS**:

This Court recently sentenced Defendant based on his plea of guilty via Plea Agreement (Doc. 16) to Count II of the Bill of Indictment (Doc. 1), for possession of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age in violation of 18 U.S.C. § 2252A. At sentencing, despite having discussed the issue of consent to forfeiture of the HP Pavilion desktop computer, the parties inadvertently neglected to sign and submit a consent order to the Court. However, Defendant, through counsel, consents to forfeiture of the HP Pavilion computer.

**IT IS THEREFORE ORDERED**, based upon Defendant's conviction and the sentencing hearing, the United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

- **One HP Pavilion desktop computer seized during commission of the offenses**

If no third-party files a timely claim, this Order of Forfeiture shall become final.

Signed: August 2, 2022

Kenneth D. Bell
United States District Judge